**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                    Case Number:

Yorty

v.

City of Evanston, et al

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff

FILED
MAY 22, 2008                                        YM
08CV2988
JUDGE HART
MAGISTRATE JUDGE SCHENKIER

| | |
|---|---|
| NAME (Type or print) <br> Anne E. Zellner | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Anne E. Zellner | |
| FIRM <br> Kathleen T. Zellner & Associates | |
| STREET ADDRESS <br> 2215 York Road, Suite 504 | |
| CITY/STATE/ZIP <br> Oak Brook, Illinois 60523 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6291127 | TELEPHONE NUMBER <br> (630)955-1212 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☐   NO ✓

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ✓

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ✓   NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ✓   NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐