## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| Michael Yorty -v- City of Evanston, et al. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Michael Yorty

```
FILED
MAY 22, 2008                    YM
08CV2988
JUDGE HART
MAGISTRATE JUDGE SCHENKIER
```

| NAME (Type or print) |
|---|
| Kathleen T. Zellner |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Kathleen T. Z. |

| FIRM |
|---|
| Kathleen T. Zellner & Associates |

| STREET ADDRESS |
|---|
| 2215 York Road, Suite #504 |

| CITY/STATE/ZIP |
|---|
| Oakbrook, Illinois 60523 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6184574 | (630) 955-1212 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |
|---|---|---|

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐