# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

MICHAEL YORTY,

    Plaintiff,

v.

DETECTIVE GUILLERMO PEREZ,
DETECTIVE ROSENDO DEL REAL,
FRANK KAMINSKI, CHIEF OF POLICE,
Evanston Police Department, OFFICER
SAM PETTINEO, Evanston Police
Department, JEFF JAMRAZ,
COMMANDER BOB MAYER, CHIEF
RICHARD EDDINGTON, DEPUTY
CHIEF COOK, JAMES ELLIOTT,
Evanston Police Department, UNKNOWN
POLICE OFFICERS, CITY OF
EVANSTON, and COUNTY OF COOK

SUMMONS IN A CIVIL CASE  08 C 2988

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

**JUDGE HART**
**MAGISTRATE JUDGE SCHENKIER**

TO: (Name and address of Defendant)

Detective Guillermo Perez
Special Prosecutions Bureau
2650 S. California / Rm #13 D 32
Chicago, Illinois 60608

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kathleen T. Zellner & Associates
2215 York Road, #504
Oakbrook, Illinois 60523

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

        NOTE: When the print dialogue
        box appears, be sure to uncheck
        the Annotations option.

MICHAEL W. DOBBINS, CLERK

**Michael W. Dobbins, Clerk**

_/s/ Yvette Montoro_
(By) DEPUTY CLERK



May 22, 2008
Date

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE June 9, 2008 |
| NAME OF SERVER *(PRINT)* Thomas O. Kirby | TITLE Special Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Served Dt. Guillermo Perez at 2650 S. California, Chicago, IL 60608

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on June 9, 2008    *Signature of Server*

EDWARD R. KIRBY & ASSOCIATES
763 N. YORK ROAD
ELMHURST, IL 60126-1313

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.