# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

MICHAEL YORTY,

    Plaintiff,

v.

DETECTIVE GUILLERMO PEREZ,
DETECTIVE ROSENDO DEL REAL,
FRANK KAMINSKI, CHIEF OF POLICE,
Evanston Police Department, OFFICER
SAM PETTINEO, Evanston Police
Department, JEFF JAMRAZ,
COMMANDER BOB MAYER, CHIEF
RICHARD EDDINGTON, DEPUTY
CHIEF COOK, JAMES ELLIOTT,
Evanston Police Department, UNKNOWN
POLICE OFFICERS, CITY OF
EVANSTON, and COUNTY OF COOK

SUMMONS IN A CIVIL CASE **08 C 2988**

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

**JUDGE HART
MAGISTRATE JUDGE SCHENKIER**

TO: (Name and address of Defendant)
County of Cook
Care of: David Orr
County Clerk
69 West Washington, 5th floor
Chicago, Illinois 60608

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kathleen T. Zellner & Associates
2215 York Road, #504
Oakbrook, Illinois 60523

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

M Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

May 27, 2008
Date



AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | June 3, 2008 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Jill M. Longmire | Special Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served County of Cook c/o County Clerk David Orr by handing copies to M. Salami, clerk at 69 W. Washington, Chicago, IL.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  June 5, 2008
             Date

*Signature of Server*

EDWARD R. KIRBY & ASSOCIATES
783 N. YORK ROAD
ELMHURST, IL 60126-1313

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.