# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

MICHAEL YORTY,

      Plaintiff,

v.

DETECTIVE GUILLERMO PEREZ, DETECTIVE ROSENDO DEL REAL, FRANK KAMINSKI, CHIEF OF POLICE, Evanston Police Department, OFFICER SAM PETTINEO, Evanston Police Department, JEFF JAMRAZ, COMMANDER BOB MAYER, CHIEF RICHARD EDDINGTON, DEPUTY CHIEF COOK, JAMES ELLIOTT, Evanston Police Department, UNKNOWN POLICE OFFICERS, CITY OF EVANSTON, and COUNTY OF COOK

**SUMMONS IN A CIVIL CASE**

**08 C 2988**

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**JUDGE HART**
**MAGISTRATE JUDGE SCHENKIER**

TO: (Name and address of Defendant)

Deputy Chief Cook
Evanston Police Department
1454 Elmwood Avenue
Evanston, Illinois 60201

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kathleen T. Zellner & Associates
2215 York Road, #504
Oakbrook, Illinois 60523

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

**Michael W. Dobbins, Clerk**

*Yvette Montoris* (signature)

(By) DEPUTY CLERK

May 22, 2008

Date

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | May 28, 2008 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Thomas O. Kirby | Special Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served Evanston Police Department Deputy Chief Cook by handing copied to Sharon Davidson at the Evanston Police Department 909 Lake Street, Evanston, IL

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on June 5, 2008
Date

*Signature of Server*

EDWARD R. KIRBY & ASSOCIATES
783 N. YORK ROAD
ELMHURST, IL 60126-1313

*Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.