IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| **Michael Yorty,** | ) | |
| | ) | |
| Plaintiff, | ) | No.    08 C 2988 |
| | ) | |
| v. | ) | Judge William T. Hart |
| | ) | |
| **Detective Guillermo Perez, et al.** | ) | Magistrate Judge Schenkier |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME

Defendants, Guillermo Perez, Rosendo Del Real, and the County of Cook, by and through their counsel, Louis R. Hegeman and Stephen L. Garcia, Assistant State's Attorneys, respectfully move this Court, pursuant to Federal Rule of Civil Procedure 6(b), for an enlargement of time within which to answer or otherwise plead, stating in support:

1. Plaintiff filed his complaint on May 22, 2008.

2. This matter has recently been assigned to counsel for defendants. A review of the docket in this matter shows that a responsive pleading is due on behalf of defendant Perez on June 30, 2008, on behalf of defendant Del Real on June 25, 2008, and on behalf of Cook County on June 23, 2008.

3. Because this matter has recently been assigned, counsel for defendant requires additional time to prepare responsive pleadings on defendants' behalf. Therefore, defendants request an extension of 28 days, until July 25, 2008, to file their response to plaintiff's complaint.

4. Defendants have not previously requested an enlargement of time to answer or otherwise plead.

2

Wherefore defendants, Guillermo Perez, Rosendo Del Real, and the County of Cook, respectfully request that they be granted an additional twenty-eight (28) days within which to answer or otherwise respond to plaintiff's complaint, by July 25, 2008.

        Respectfully submitted,

        RICHARD A. DEVINE
        State's Attorney of Cook County


By:     _s/Stephen L. Garcia_____
        #06195546

        Louis R. Hegeman, Supervisor
        Special Projects and Assignments

        Stephen L. Garcia
        Assistant State's Attorney
        Special Projects and Assignments
        500 Richard J. Daley Center
        Chicago, Illinois  60602
        312.603.5475