## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS,
## EASTERN DIVISION

| | | |
|---|---|---|
| **Michael Yorty,** | ) | |
| | ) | |
| **Plaintiff,** | ) | No.   08 C 2988 |
| | ) | |
| v. | ) | Judge William T. Hart |
| | ) | |
| **Detective Guillermo Perez, et al.** | ) | Magistrate Judge Schenkier |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF MOTION

To:   See attached service list

     PLEASE TAKE NOTICE that on Wednesday, July 2, 2008, at 11:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable William T. Hart, or whomever may be sitting in his stead in the courtroom usually occupied by him in Room 2243 of the United States Court House, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached Defendants' Motion For Enlargement of Time, a copy of which is hereby served upon you.

                                             RICHARD A. DEVINE
                                             State's Attorney of Cook County

                      By:     __s/ Stephen L. Garcia_____
                               Stephen L. Garcia
                               Assistant State's Attorney
                               Special Projects and Assignments
                               500 Richard J. Daley Center
                               Chicago, Illinois  60602
                               312.603.5475
                                # 06195546

## **CERTIFICATE OF SERVICE**

      I, Stephen L. Garcia, Assistant State's Attorney, hereby certify that I caused a copy of the foregoing Notice of Motion, together with the documents identified therein, to be served on the individuals listed below by CM/ECF electronic filing on June 27, 2008:

Kathleen T. Zellner, Esq.
Douglas H. Johnson, Esq.
Ann E. Zellner, Esq.
LAW OFFICES OF KATHLEEN T. ZELLNER, P.C.
2215 York Rd., Ste 504
Oak Brook, IL  60523
*Attorney for Plaintiff*

                                            _s/ Stephen L. Garcia_____