# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Michael Yorty

          Plaintiff,

v.

Guillermo Perez, et al.

          Defendant.

Case No.: 1:08–cv–02988

Honorable William T. Hart

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 30, 2008:

      MINUTE entry before the Honorable William T. Hart:Motion hearing set for 7/2/2008 is stricken. Motion of defendants Guillermo Perez, Rosendo Del Real and the County of Cook for enlargement of time to 7/25/2008 to answer or otherwise plead [21] is granted.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.