## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                   Case Number: 08 CV 2988
MICHAEL YORTY
    Plaintiff,
v.
Guillermo Perez, Rosendo Del Real, Frank Kaminski, Sam Pettineo, Jeff Jamraz, Bob Mayer, Richard Eddington,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

GUILLERMO PEREZ, ROSENDO DEL REAL, FRANK KAMINSKI, SAM PETTINEO, JEFF JAMRAZ, BOB MAYER, RICHARD EDDINGTON, DEMETRIUS COOK, JAMES ELLIOTT, CITY OF EVANSTON

| | |
|---|---|
| NAME (Type or print) Richard L. Jones | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Richard L. Jones | |
| FIRM RYAN, SMOLENS & JONES | |
| STREET ADDRESS 180 N. LaSalle Street -- Suite 2303 | |
| CITY/STATE/ZIP Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 06190482 | TELEPHONE NUMBER (312)372-3800 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |