IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GUS HOREMIS, | ) | No.   08 C 603 (and 08 C 2988, based |
|     Plaintiff, | ) | upon the instant request for a |
| | ) | determination of relatedness) |
| | ) | |
| v. | ) | Judge Norgle |
| | ) | |
| THOMAS BILLICK, COOK COUNTY | ) | <u>Jury</u> <u>Demanded</u> |
| ASSISTANT STATES ATTORNEY, et | ) | |
| al., | ) | |
|     Defendants. | ) | |

### NOTICE OF MOTION

To:   All Counsel of Record

    PLEASE TAKE NOTICE that on August 1, 2008 at 9:30 a.m., the undersigned will present before the Honorable Judge Charles R. Norgle, Room 2341, 219 South Dearborn St., Chicago, Illinois, **Evanston Defendant's Motion to Consolidate**, a true and correct copy of which was electronically filed this date.

    /s/Mark F. Smolens
    Attorney for Evanston defendants

### AFFIDAVIT OF SERVICE

    I, the undersigned, state that I caused a true and correct copy of the above-listed pleading to be electronically filed (and thereby e-served by the District Court upon all counsel of record in both of the above-captioned cases) this 23rd day of July, 2008.

    /s/Mark F. Smolens

**RICHARD T. RYAN**
**MARK F. SMOLENS**
**RYAN, SMOLENS & JONES**
**180 North LaSalle Street**
**Suite 2303**
**Chicago, IL 60601**
**(312) 372-3800**