**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS,**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Michael Yorty,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **No.    08 C 2988** |
| | ) | |
| **v.** | ) | **Judge William T. Hart** |
| | ) | |
| **Detective Guillermo Perez, et al.** | ) | **Magistrate Judge Schenkier** |
| | ) | |
| **Defendants.** | ) | |

**NOTICE OF MOTION**

To:    See attached service list


        PLEASE TAKE NOTICE that on Wednesday, July  30, 2008, at 11:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable William T. Hart, or whomever may be sitting in his stead in the courtroom usually occupied by him in Room 2243 of the United States Court House, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached Defendants' Motion For Enlargement of Time, a copy of which is hereby served upon you.


                                        RICHARD A. DEVINE
                                        State's Attorney of Cook County




                        By:    __s/ Stephen L. Garcia_____
                                Stephen L. Garcia
                                Assistant State's Attorney
                                Special Projects and Assignments
                                500 Richard J. Daley Center
                                Chicago, Illinois  60602
                                312.603.5475
                                 # 06195546

**CERTIFICATE OF SERVICE**

I, Stephen L. Garcia, Assistant State's Attorney, hereby certify that I caused a copy of the foregoing Notice of Motion, together with the documents identified therein, to be served on the individuals listed below by CM/ECF electronic filing on July 25, 2008:


Kathleen T. Zellner, Esq.
Douglas H. Johnson, Esq.
Ann E. Zellner, Esq.
LAW OFFICES OF KATHLEEN T. ZELLNER, P.C.
2215 York Rd., Ste 504
Oak Brook, IL  60523
*Attorney for Plaintiff*


Mark F. Smolens, Esq.
Richard L. Jones, Esq.
Richard T. Ryan, Esq.
RYAN, SMOLENS & JONES
180 North LaSalle Street, Ste. 2303
Chicago, IL  60601
*Attorney for Evanston Defendants*



 _s/ Stephen L. Garcia_____