**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Michael Yorty
                                   Plaintiff,

v.                                                   Case No.: 1:08−cv−02988
                                                           Honorable William T. Hart

Guillermo Perez, et al.
                                   Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 28, 2008:

      MINUTE entry before the Honorable William T. Hart:Motion hearing set for 7/30/2008 is stricken. Defendants Guillermo Perez, Rosendo Del Real and County of Cook's motion for enlargement of time to 8/8/2008 to answer or otherwise plead [29] is granted.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.