IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL YORTY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 08 CV 2988 |
| v. ) | |
| ) | Honorable Judge Hart |
| DETECTIVE GUILLERMO PEREZ, ) | |
| DETECTIVE ROSENDO DEL REAL, ) | Magistrate Judge Schenkier |
| FRANK KAMINSKI, CHIEF OF POLICE, ) | |
| Evanston Police Department, OFFICER ) | |
| SAM PETTINEO, Evanston Police ) | |
| Department, JEFF JAMRAZ, COMMANDER ) | |
| BOB MAYER, CHIEF RICHARD ) | |
| EDDINGTON, DEPUTY CHIEF COOK, ) | |
| JAMES ELLIOTT, Evanston Police ) | |
| Department, UNKNOWN POLICE ) | |
| OFFICERS, CITY OF EVANSTON, and ) | |
| COUNTY OF COOK, ) | |
| ) | |
| Defendants. ) | |

**Plaintiff's Notice of Dismissal of
Defendants Perez, Rosendo Del Real and Cook County**

NOW COMES Plaintiff, MICHAEL YORTY, by and through his attorneys, KATHLEEN T. ZELLNER & ASSOCIATES, and hereby voluntarily dismisses Defendant Detective Guillermo Perez, Defendant Detective Rosendo Del Real, and Defendant County of Cook pursuant to Federal Rule of Civil Procedure 41(a)(1). This dismissal is without prejudice.

Respectfully submitted,

_____
Kathleen T. Zellner

Kathleen T. Zellner & Associates
2215 York Road, Suite 504
Oakbrook, Illinois 60523
(630) 955-1212
Kathleen.zellner@gmail.com