IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

MICHAEL YORTY,                           )
                                         )
    Plaintiff,                           )
                                         )
                                         )   No. 08 C 2988
    v.                                   )
                                         )   Judge Hart
DETECTIVE GUILLERMO PEREZ, et al.,       )
                                         )
    Defendants.                          )

## NOTICE OF FILING

TO:   Service list attached

Please take notice that the attached Plaintiff's Notice of Dismissal of Defendants Perez, Rosendo Del Real and Cook County was filed with the Clerk of the U.S. District Court, Northern District, Dirksen Federal Building, 219 South Dearborn, Chicago, Illinois, on July 31st, 2008, a copy of which is attached hereto and served upon you.

By: _____
    Kathleen T. Zellner

## PROOF OF SERVICE

I, Scott T. Panek, pursuant to Section 1-109 of the Illinois Code of Civil Procedure certify that I served this Notice upon the party to whom it is directed, by electronic filing or before 2:00 p.m. on the 31st day of July, 2008.

_____
Scott T. Panek

KATHLEEN T. ZELLNER & ASSOCIATES
Drake Oakbrook Plaza
2215 York Road
Suite #504
Oakbrook, Illinois 60523
(630) 955-1212

## SERVICE LIST

Stephen L. Garcia
Cook County State's Attorney
500 Richard J. Daley Center
Chicago, Illinois 60602

Mark F. Smolens
Richard L. Jones
Richard T. Ryan
RYAN, SMOLENS & JONES
180 North LaSalle Street
Suite #2303
Chicago, Illinois 60601