*MHN*

# United States District Court
# Northern District of Illinois

In the Matter of

MICHAEL YORTY

v.                                          Case No. 08 C 2988

GUILLERMO PEREZ                             Designated Magistrate Judge
                                            ~~Sidney Schenkier~~ Ashman

## FINDING OF RELATEDNESS PURSUANT TO
## LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **William T. Hart** to be related to **08C603** which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

_____
Judge Charles R. Norgle

Dated: August 1, 2008

---

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **Charles R. Norgle**.

### ENTER

### FOR THE EXECUTIVE COMMITTEE

_____
Chief Judge James F. Holderman

Dated: AUG - 5 2008

2008 AUG -5 PM 1:21
U.S. DISTRICT COURT
CLERK
FILED